# Third District Court of Appeal
## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D20-1282
Lower Tribunal No. 18-16645

————————————

**Blanca Osorio,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Giasi Law, P.A., Melissa A. Giasi and Erin M. Berger (Tampa), for appellant.

Vernis & Bowling of Broward, P.A., Carlton Bober and Bernadette Guerra (Hollywood), for appellee.


Before FERNANDEZ, C.J., and SCALES, and GORDO, JJ.

PER CURIAM.

Affirmed.